**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD LEE BRADLEY, | ) No. ED CV 13-1277-AS |
| Plaintiff, | ) |
| v. | ) |
| | ) **JUDGMENT** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of the | ) |
| Social Security Administration, | ) |
| Defendant. | ) |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: January 2, 2015.

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE